IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TIMOTHY GOODWIN**                                                                                                **PLAINTIFF**

V.                                                                                     **NO. 4:20-CV-120-DMB-JMV**

**SAFEWAY INSURANCE COMPANY
and JOHN DOES 1–10**                                                         **DEFENDANTS**

## ORDER

On June 4, 2021, Timothy Goodwin and Safeway Insurance Company filed a joint motion to dismiss the "Plaintiff's Complaint, and all its claims, with prejudice" because "this matter has been resolved by way of settlement." Doc. #31.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request … by court order, on terms that the court considers proper." Based on the settlement reached, dismissal is proper. Accordingly, the motion to dismiss [31] is **GRANTED** and this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 16th day of June, 2021.

                                                             **/s/Debra M. Brown**
                                                             **UNITED STATES DISTRICT JUDGE**