IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TIMOTHY GOODWIN**                                                                          **PLAINTIFF**

V.                                                                              **NO. 4:20-CV-120-DMB-JMV**

**SAFEWAY INSURANCE COMPANY
and JOHN DOES 1–10**                                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 16th day of June, 2021.

                                                            **/s/Debra M. Brown**
                                                            **UNITED STATES DISTRICT JUDGE**